# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **NOTICE OF HEARING** |
| ) | |
| v. ) | |
| ) | Case No.: CR-23-443-PRW |
| ANDREA VICTORIA MORALES, ) | USM No.: 78633-510 |

**Pursuant to Rule 43(a) of the Federal Rules of Criminal Procedure, the defendant is required to attend this hearing**

Type of Case: ☐ **CIVIL**   ☒ **CRIMINAL**

**NOTICE:** All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification

☒ *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

| Place: | Room No: |
|---|---|
| William J. Holloway, Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK 73102 | **Courtroom No. 503** |
| | **Date and Time:** July 24, 2024 at 10:00 a.m. |

TYPE OF PROCEEDING:

**SENTENCING**

**PLEASE NOTE:** If there are any letters, third-party materials or other documents that counsel wishes to submit to the court for consideration at sentencing, counsel are to email said items to the Court's email inbox **wyrick-orders@okwd.uscourts.gov**, as well as to Judge Wyrick's Courtroom Deputy

☐ *TAKE NOTICE*

That the proceeding in this case has been rescheduled as indicated below:

| Place: | Date and Time Previously Scheduled: | Continued to (Date and Time): |
|---|---|---|
| | | |

JUDGE PATRICK R. WYRICK

6/10/2024        By: *s/Kathy Spaulding*
DATE                   Deputy Clerk

AUSA (Leverett)
Dft counsel (Cannon; Stone)
USM (custody)
USPO (Sweet)